UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE BROOKS,

    Plaintiff,

v.

LEGISLATIVE BILL ROOM,

    Defendant.

                             /

No. C 09-5312 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in Sacramento, California, which lies within the venue of the United States District Court for the Eastern District of California. The defendant is to be found there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: February 10, 2010.

                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge

P:\PRO-SE\PJH\CR.09\BROOKS5312.TRN.wpd